IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRETT TEXAS LLC t/a : | |
| TRETT CONSULTING : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-6511 |
| PITNEY ROAD PARTNERS, LLC, : | |
| ET AL. : | |

# O R D E R

**AND NOW**, this  30th  day of  September , 2015, upon consideration of Defendants' Motion to Dismiss Pursuant to Rule of Civil Procedure 12(b)(6) (ECF No. 6), and all memoranda and exhibits submitted in support and opposition thereto, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**